UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>NITSI, LLC, a for profit Washington corporation; JANE DOE A, an individual,<br><br>Defendant. | Case No. 2:25-cv-01497-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF JAMES RIVER TO RESPOND TO DEFENDANT JANE DOE'S MOTION FOR STAY |

Plaintiff James River Insurance Company ("Plaintiff") hereby moves the Court for an Order granting an extension of the time to file a response/opposition brief to the Defendant Jane Doe A's ("Defendant") Motion to Stay (Dkt, 20) by one week from the current date of January 6, 2026 to the new date of January 13, 2026. Defendant's reply brief would be commensurately extended to January 20, 2026. Defendant consents to the extension as indicated by the signature below of its counsel of record. This stipulated motion for an extension of time is made in good faith and not for the purpose of delay. A proposed order is provided herein.

STIP MOTION AND ORDER TO EXTEND TIME – 1

1     DATED this 29th day of December 2025.

| | |
|---|---|
| SOHA & LANG, P.S. | SINGLETON SCHREIBER, LLP |
| <u>s/ Geoffrey Bedell</u> | <u>s/ Katie Llamas (authorized by email)</u> |
| Geoffrey Bedell, WSBA No. 28837 | Meagan Verschueren, *pro hac vice admitted* |
| Janine Tang, WSBA No. 60119 | Katie Llamas, *pro hac vice admitted* |
| 1325 Fourth Avenue, Suite 940 | 591 Camino de la Reina, Ste. 1025 |
| Seattle, WA 98101 | San Diego, CA 92108 |
| Tel: (206) 624-1800 | Tel: (619) 771-3473 |
| bedell@sohalang.com; | mverschueren@singletonschreiber.com; |
| tang@sohalang.com | kllamas@singletonschreiber.com |
| *Attorneys for James River Insurance Company* | |
| | SINGLETON SCHREIBER, LLP |
| | Gerald Singleton, WSBA No.59010 |
| | Stephen J. Hill, WSBA No. 7651 |
| | 450 Alaskan Way South |
| | Seattle, WA 98104 |
| | Tel. (206) 466-0809 |
| | Email: gsingleton@singletonschreiber.com |
| | Email: shill@singletonschreiber.com |
| | *Attorneys for Jane Doe A* |

STIP MOTION AND ORDER TO EXTEND TIME – 2

## ORDER

Based upon the above stipulated agreement, it is so ordered that said Stipulated Motion to Extend Time for Plaintiff to respond to Defendant's Motion for Stay is GRANTED. The new date for Plaintiff to file a response/opposition brief is January 13, 2026, and the new time for Defendant to file a reply brief is January 20, 2026.

DATED this 29th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE