UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>NITSI, LLC, a for profit Washington corporation; JANE DOE A, an individual,<br><br>Defendants. | Case No. 2:25-cv-01497-RSM<br><br>STIPULATED MOTION TO AMEND COMPLAINT AND ORDER |

## I.    STIPULATION

1.    On August 8, 2025, Plaintiff James River Insurance Company ("James River") filed it Complaint. Dkt. 1

2.    James River is now seeking leave to amend its complaint. Attached hereto as Exhibit 1 is the Amended Complaint showing the changes from the original to the Amended Complaint. For the Court's convenience, a clean copy of the Amended Complaint is attached as Exhibit 2.

STIPULATED MOTION TO AMEND COMPLAINT AND ORDER – 1
USDC WAWD/SEA CASE NO. 2:25-cv-01497-RSM

3.      Counsel for Plaintiff has conferred with counsel for Defendant Jane Doe A, and Jane Doe A agrees to stipulate to the amendment.[1]

DATED this 22nd day of January, 2026.

SOHA & LANG, P.S.

*s/ Geoffrey Bedell*
Geoffrey Bedell, WSBA No. 28837
Janine Tang, WSBA No. 60119
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
bedell@sohalang.com;
tang@sohalang.com

*Attorneys for James River Insurance Company*

SINGLETON SCHREIBER, LLP

*s/ Katie Llamas (via email authorization)*
Meagan Verschueren, *pro hac vice admitted*
Katie Llamas, *pro hac vice admitted*
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
mverschueren@singletonschreiber.com;
kllamas@singletonschreiber.com

SINGLETON SCHREIBER, LLP

Gerald Singleton, WSBA No.59010
Stephen J. Hill, WSBA No. 7651
450 Alaskan Way S.
Seattle, WA 98104
Tel. (206) 466-0809
Email: gsingleton@singletonschreiber.com
Email: shill@singletonschreiber.com

*Attorneys for Jane Doe A*

---

[1] Defendant NITSI, LLC has been served (Dkt. 9) but has not appeared nor filed any responsive pleading.

STIPULATED MOTION TO AMEND COMPLAINT AND ORDER – 2
USDC WAWD/SEA CASE NO. 2:25-cv-01497-RSM

## II.     ORDER

IT IS HEREBY ORDERED that the Stipulated Motion to Amend Complaint is

GRANTED. Plaintiff is directed to file and serve its Amended Complaint within 7 days.

DATED this 26th day of January, 2026.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE